IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 3:25-CR-381 (GTS) |
| **v.** | **Indictment** |
| **LEO MOORE,** | Violation: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute a Controlled Substance |
| **Defendant.** | |
| | 1 Count |
| | County of Offense: Chenango |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Possession with Intent to Distribute a Controlled Substance]**

On or about August 27, 2025, in Chenango County in the Northern District of New York, the defendant, **LEO MOORE**, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of 21 U.S.C. § 841(b)(1)(B).

Dated: September 18, 2025

A TRUE BILL,

[redacted]

Grand Jury Foreperson

JOHN A. SARCONE III
Acting United States Attorney

By: ______________________________
Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490